IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3113 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSE ESPINOZA, | ) | |
| Defendant. | ) | |

A conference call was held with counsel.

IT IS ORDERED that:

(1) The plaintiff's unopposed motion to continue sentencing (filing 76) is granted.

(2) Defendant Espinoza's three-hour evidentiary hearing and sentencing are continued to Friday, November 4, 2011, at 1:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated October 17, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge