IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3113 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSE A. ESPINOZA, | ) | |
| Defendant. | ) | |

On the court's own motion, and with the agreement of the parties,

IT IS ORDERED that Defendant Espinoza's sentencing is rescheduled to Thursday, January 19, 2012, at 1:30-4:30 p.m., before the undersigned United States district judge, 5th Floor, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated November 28, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge