IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:10CR3113 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM AND ORDER** |
| JOSE ESPINOZA, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's notice of appeal (filing 97) and motion for leave to appeal in forma pauperis (filing 98). In support of his motion, defendant submitted an affidavit stating he cannot prepay the docket fees. (Filing 98.) Upon review of defendant's affidavit, I shall grant his motion for leave to appeal in forma pauperis. Defendant may proceed on appeal without prepayment of fees or costs or the giving of security therefor.

IT IS ORDERED:

1. Defendant's motion for leave to appeal in forma pauperis (filing 98) is granted.

2. Defendant may proceed on appeal without prepayment of fees or costs.

3. The Clerk of the United States District Court for the District of Nebraska shall process defendant's appeal.

DATED this 10th day of February, 2012.

BY THE COURT:

s/*Richard G. Kopf*
Senior United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.